IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                              )<br>        Plaintiff,            )<br>                              )<br>   vs.                        )<br>                              )<br>TIENG KHAM NOY SINGANONH,      )<br>                              )<br>        Defendant.            )<br>_____) | No. 1:10-CR-00424 OWW<br><br>ORDER OF RELEASE |

   The above named defendant having been released on October 27, 2010 to the custody of Westcare:

   IT IS HEREBY ORDERED that the defendant shall be released to a representative of Westcare on Friday, October 29, 2010 at 10:00 AM.


DATED: October 27, 2010.


                              /s/   GARY S. AUSTIN
                              HONORABLE GARY S. AUSTIN
                              U.S. MAGISTRATE JUDGE

12/6/06 ordrelease.form

1